Jess MORSE v. STATE.

No. 19121.

Court of Criminal Appeals of Texas.

May 26, 1937.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for fifteen years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.